UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR07-0083-RSL |
| v. ) | |
| ) | |
| COLIN ANDREW JANISCH, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Bulk Cash Smuggling in violation of 31 U.S.C. §§ 5332(a)(1) and 5332(b), and 18 U.S.C. § 2.

Date of Detention Hearing:   March 12, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is a citizen of Canada with no ties to this community or to the Western District of Washington.

    (2)    Defendant has no stable residence.

    (3)    Defendant has an extensive unemployment history.  Any discussions of current job offers cannot overcome the fact that defendant has been unemployed for the past five to six years.

Case 2:07-cr-00083-RSL   Document 31   Filed 03/14/07   Page 2 of 2

(4) When defendant was arrested, he had $525,626.00 in his constructive possession.

(5) Defendant is considered a risk of flight, and there appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of March, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge